■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD PINTO, Appellant. [57 NYS3d 905]—Application by the

appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 5, 2008 (*People v Pinto*, 56 AD3d 494 [2008]), affirming a judgment of the Supreme Court, Kings County, rendered March 8, 2006.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Rivera, J.P., Dillon, Brathwaite Nelson and Iannacci, JJ., concur.